**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| MARY BERKAN, Individually and as the Executrix of the Estate of Kenneth Berkan, Deceased,<br><br>　　　　　　　　Plaintiff,<br><br>　　– against –<br><br>RONALD LeFOR, PENSKE TRUCK LEASING CANADA, INC., and P&W INTERMODAL INC.,<br><br>　　　　　　　　Defendants. | **ORDER ON DEFENDANTS' MOTION TO WAIVE REQUIREMENT THAT LOCAL COUNSEL BE APPOINTED**<br><br>Dock. No.: 06-cv-6150 T |

## ORDER

The Defendants' Motion to Waive Requirement that Local Counsel be Appointed is granted, and it is hereby ORDERED that the Defendants need not have local counsel appointed in this matter on behalf of the Defendants.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　S/ MICHAEL A. TELESCA
　　　　　　　　　　　　　　　　　　　　　　Michael A. Telesca, U.S.D.J.

Dated: Rochester, New York

March 30, 2006

1135523.1