UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MARY BERKAN, Individually and as the Executrix

                                Plaintiff,

                                                           <u>SETTLEMENT ORDER</u>

                                                           06-CV-6150L

                    v.

PENSKE TRUCK LEASING CANADA, INC., et al.,

                                Defendants.

_____

HELEN PETROLAWICZ, Administrator of the Estate of
Vincent John Petrolawicz, Jr., a/k/a Vincent J. Petrolawicz, Jr.,

                                Plaintiff,

                    v.                                    06-CV-6151L

P &W  INTERMODAL, INC., et al.,

                                Defendants.

_____

ROBERT SCHMIDT,

                                Plaintiff,

                    v.                                    06-CV-6152L

P&W INTERMODAL, INC., et al.,

                                Defendants.

_____

The Court having been advised by counsel that the above action has been settled, it is therefore

ORDERED, that the action and all claims and cross-claims therein are hereby dismissed with prejudice.  Each party must bear its own costs; and it is further

ORDERED, that if there is a material breach of the terms of settlement, either party, on notice, may move to vacate this dismissal order and restore the case to the calendar.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge


Dated: Rochester, New York
      April 29, 2008.

- 2 -